UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH STEVEN HONTZ,<br><br>                    Petitioner,<br><br>     v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | No. C11-5232 BHS/KLS<br><br>ORDER DENYING MOTION FOR EXTENSION TO SERVE HABEAS PETITION |

On March 29, 2011, the Court granted Petitioner Kenneth Steven Hontz's motion for an extension of time until May 5, 2011 to file his brief in support of his petition for writ of habeas corpus. ECF No. 5. Petitioner now files a motion for an extension of time so that he may serve the Respondent with his petition. ECF No. 6. The extension is not necessary as the court will serve Respondent with the petition and supporting brief after it is received from Petitioner on or after May 5, 2011.

Accordingly, it is **ORDERED** that Petitioner's motion for an extension of time to serve Respondent (ECF No. 6) is **DENIED as moot.** The Clerk is directed to send a copy of this Order to Petitioner.

**DATED** this   13th   day of April, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1