UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH STEVEN HONTZ,

                Petitioner,

  v.

STATE OF WASHINGTON,

                Respondent.

No. C11-5232 BHS/KLS

ORDER GRANTING SECOND EXTENSION OF TIME

      On March 24, 2011, Petitioner Kenneth Steven Hontz filed a petition for writ of habeas corpus. ECF No. 1. He also filed a motion to file a supporting brief and a motion for extension of time for filing a supporting brief. ECF Nos. 2 and 3. An extension until May 6, 2011 was granted. ECF No. 5. Mr. Hontz requests additional time until June 5, 2011, to file his brief and amended Petition, because he is now housed at the Pioneer Center North Chemical Dependency Treatment Program in Sedro-Woolley, Washington, and he is presently awaiting his legal papers to draft his brief and will then require additional time to process and copy his brief. ECF No. 9.

      The court finds that the extension shall be granted. Petitioner is advised that amending his habeas petition to include the custodian of the facility where he will be transferred may be accomplished by simply providing an amended first page of the habeas petition with the new name.

ORDER - 1

Accordingly, it is **ORDERED** that Petitioner's second motion for extension of time to file brief and amended petition (ECF No. 9) is **GRANTED;** Petitioner shall file his brief in support of habeas petition and amended petition **on or before June 5, 2011.**

**DATED** this   23rd   day of May, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2