UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH STEVEN HONTZ,

                Petitioner,

   v.

STATE OF WASHINGTON,

                Respondents.

No. C11-5232 BHS/KLS

ORDER GRANTING EXTENSION TO RESPOND TO ORDER TO SHOW CAUSE

On June 16, 2011, Petitioner was ordered to provide to the Court the nature and terms of Petitioner's community custody so that the Court may determine whether the terms of the community custody are sufficient to render Petitioner "in custody" for purposes of federal habeas review. Petitioner now requests a thirty day extension of time to provide this information to the Court. ECF No. 20, p. 2.

Accordingly, it is **ORDERED:**

(1) Petitioner shall provide the Court with the terms of his community custody **on or before August 26, 2011**. If Petitioner fails to do so, the court will enter a report and recommendation that the petition be dismissed.

(2) The Court Clerk is directed to send a copy of this Order to Petitioner.

**DATED** this  25th  day of July, 2011.

                              Karen L. Strombom
                              United States Magistrate Judge

ORDER TO SHOW CAUSE - 1