FILED LODGED
RECEIVED
OCT 25 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH STEVEN HONTZ,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C11-5232BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The petition is **DIMISSED** for failure to prosecute and Petitioner is not

11-CV-05232-ORD

ORDER

1  entitled to a certificate of appealability for the reasons stated in the Report and
2  Recommendation.
3       Dated this 24 day of October, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER