# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH STEVEN HONTZ

v.

STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5232BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1.) The R&R is **ADOPTED**; and

2.) The petition is **DISMISSED** for failure to prosecute and Petitioner is not entitled to a certificate of appealability for the reasons state in the Report and Recommendation.


October 26, 2011              BRUCE RIFKIN
Date                          Clerk

                              *s/CM Gonzalez*
                              Deputy Clerk